FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, a national banking association,<br><br>      Plaintiff,<br><br>  v.<br><br>LEON R. BAKER FARMS, LLC, a Washington limited liability company; LEON R. BAKER and LORRAINE BAKER, husband and wife, individually, and the marital community composed thereof; JAMES LEON BAKER and LESLIE N. BAKER, husband and wife, individually, and the marital community composed thereof; REID T. BAKER and LORI J. BAKER, husband and wife, individually, and the marital community comprised thereof; and CHS, INC., a Minnesota cooperative corporation.<br><br>      Defendants. | NO: 2:17-CV-197-RMP<br><br>ORDER GRANTING STIPULATED JOINT MOTION FOR VOLUNTARY PARTIAL DISMISSAL |

BEFORE THE COURT is the Parties' Stipulation and Joint Motion for Voluntary Dismissal of several claims in this matter, ECF No. 44. Plaintiff

ORDER GRANTING STIPULATED JOINT MOTION FOR VOLUNTARY PARTIAL DISMISSAL ~ 1

KeyBank National Association ("KeyBank"); Defendant CHS, Inc.; Defendants Leon R. Baker Farms, LLC, Leon R. Baker and Lorraine Baker; Defendants James Leon Baker and Leslie N. Baker; and Defendants Reid T. Baker and Lori J. Baker (collectively, "the Parties") move for the voluntary dismissal of several claims. *See* ECF No. 44. The Parties move to voluntarily dismiss the following claims: (1) Plaintiff's Tenth Claim for relief against Defendant CHS, Inc.; (2) Defendants CHS, Inc.'s Counterclaim against Plaintiff; (3) Plaintiff's Second and Third Claims for Relief against Defendants Leon R. Baker Farms, LLC, Leon R. Baker and Lorraine Baker; (4) Plaintiff's Fifth and Sixth Claims for Relief against Defendants James Leon Baker and Leslie N. Baker; and (5) Plaintiff's Eighth and Ninth Claims for Relief against Defendants Reid T. Baker and Lori J. Baker. *Id.*

Having reviewed the Stipulation and record in this matter, the Court finds good cause to approve dismissal of these claims. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, **ECF No. 44**, is **GRANTED**.

2. Plaintiff's Tenth Claim for relief against Defendant CHS, Inc., is **DISMISSED with prejudice**, and without costs to either party.

3. Defendants CHS, Inc.'s Counterclaim against Plaintiff is **DISMISSED with prejudice** and without costs to either party.

ORDER GRANTING STIPULATED JOINT MOTION FOR VOLUNTARY PARTIAL DISMISSAL ~ 2

4. Plaintiff's Second and Third Claims for Relief against Defendants Leon R. Baker Farms, LLC, Leon R. Baker and Lorraine Baker are **DISMISSED with prejudice** and without costs to either party.

5. Plaintiff's Fifth and Sixth Claims for Relief against Defendants James Leon Baker and Leslie N. Baker are **DISMISSED with prejudice** and without costs to either party.

6. Plaintiff's Eighth and Ninth Claims for Relief against Defendants Reid T. Baker and Lori J. Baker are **DISMISSED with prejudice** and without costs to either party.

The District Court Clerk is directed to enter this Order, enter Judgment as directed, and provide copies to counsel.

**DATED** April 30, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge