UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KEYBANK NATIONAL ASSOCIATION, )
a national banking association, )
)
) No. 2:17-CV-197-RMP
Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
vs. )
)
LEON R. BAKER FARMS, LLC, )
a Washington limited liability )
company; et al., )
)
)
Defendants. )
)

The court has ordered that:

Other - The parties' Stipulated Motion to Dismiss, ECF No. 44, is GRANTED.

    Plaintiff's Tenth Claim for relief against Defendant CHS, Inc., is **DISMISSED with prejudice**, and without costs to either party.

    Defendants CHS, Inc.'s Counterclaim against Plaintiff is **DISMISSED with prejudice** and without costs to either party.

    Plaintiff's Second and Third Claims for Relief against Defendants Leon R. Baker Farms, LLC, Leon R. Baker and Lorraine Baker **are DISMISSED with prejudice** and without costs to either party.

    Plaintiff's Fifth and Sixth Claims for Relief against Defendants James Leon Baker and Leslie N. Baker are **DISMISSED with prejudice** and without costs to either party.

Plaintiff's Eighth and Ninth Claims for Relief against Defendants Reid T. Baker and Lori J. Baker are **DISMISSED with prejudice** and without costs to either party.

Date: April 30, 2018.

      SEAN McAVOY, CLERK

      By s/Virginia Reisenauer
         Virginia Reisenauer Deputy Clerk