FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 06, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHS INC, a Minnesota cooperative corporation,<br><br>        Third Party Plaintiff,<br><br>   v.<br><br>JORDAN BAKER and JANE BAKER,<br><br>        Third Party Defendants. | NO: 2:17-CV-197-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |
| CHS INC, a Minnesota cooperative corporation,<br><br>        Cross Claimant,<br><br>LEON R. BAKER; LESLIE N. BAKER; LORI J. BAKER; LEON R. BAKER FARMS, LLC; JAMES LEON BAKER; REID T. BAKER; and LORRAINE BAKER,<br><br>        Cross Defendants. | |

ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE ~ 1

On August 17, 2018, the Court entered an Order Granting Plaintiff Keystone National Bank's Motions for Summary Judgment, ECF No. 62, leaving CHS, Inc. as the Third-Party Plaintiff/Cross Claimant in this matter. A five (5) day jury trial is scheduling to commence on February 25, 2019, with a pretrial conference scheduled for February 12, 2019.

In early October 2018, Third-Party Plaintiff/Cross Claimant CHS Inc. indicated via email with the Court that this matter would be resolved by late October 2018. However, because there has been no further communication from CHS, the Court entered an Order to File Status Report on January 23, ECF No. 27, directing Third-Party Plaintiff/Cross Claimant CHS, Inc. to file a written status report, within ten days, regarding whether it is anticipated that this case will proceed to trial. As of today's date, nothing further has been filed, nor has there been any further communication with the Court from the parties.

If a litigant fails to prosecute its crossclaims, the Court may dismiss those claims. Fed. R. Civ. P. 41(b); 41(c). Dismissal for failure to prosecute is within the discretion of the district court. *Lal v. California*, 610 F.3d 518, 523 (9th Cir. 2010).

Accordingly, **IT IS HEREBY ORDERED**:

1. Third-Party Plaintiff/Cross Claimant CHS Inc claims are dismissed without prejudice and without costs to any party for failure to prosecute the case.

ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE ~ 2

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** February 6, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge
